Matthew AHERN, Appellant,

v.

LEWIS CAFÉ, INC., and Division of Employment Security, Respondents.

No. ED 94997.

Missouri Court of Appeals, Eastern District, Division Four.

March 15, 2011.

Matthew Ahern, St. Clair, MO, pro se.

Lewis Café, Inc., St. Clair, MO, pro se.

Jeannie D. Mitchell, Jefferson City, MO, for Respondent.

Before KURT S. ODENWALD, P.J. and ROBERT G. DOWD, JR., J. and GAEL D. WOOD, Sp.J.

## ORDER

PER CURIAM.

Matthew Ahearn ("Claimant") appeals from the decision of the Labor and Industrial Relations Commission ("the Commission") disqualifying Claimant for unemployment benefits. Claimant asserts the Commission erred in finding he was disqualified because there was no substantial and competent evidence in the record to warrant disqualification based on misconduct.

We have reviewed the briefs of the parties and the record on appeal. We find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and

reasons for this order. The judgment of the motion court is affirmed. Rule 84.16(b).